82 F.3d 406
 Charles Spirou, Sophia Spirou
v.
Michael F. Ouly, an Officer in Pennsylvania State Police,
Michael J. Hartley, Trooper, an Officer In Pennsylvania
State Police, Thomas Mastruzzo, Trooper, an Officer In
Pennsylvania State Police, Vernon Bortz, Investigator, an
Officer In Stroud Township Police Department, Stroud Township
 NO. 95-7419
 United States Court of Appeals,
Third Circuit.
 Mar 15, 1996
 Appeal From: M.D.Pa.,, No. 94-cv-00169
 873 F.Supp. 938
 
 1
 AFFIRMED.